GERARD R. VETTER
Chapter 13 Standing Trustee
100 S. CHARLES ST., SUITE 501
TOWER II
BALTIMORE, MD 212012721
(410) 400-1333  Fax: (410) 400-1301

UNITED STATES BANKRUPTCY COURT
District of Maryland/Northern Division

In Re:   MONICA A. YOUNG

6400 IVY TERRACE
ELKRIDGE, MD 21075

Chapter 13

Case Number: 09-19834-NVA

SSN 1: XXX-XX-5165

## NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE

The following claims have been received by the trustee. Payments on these claims are being made in accordance with the terms and conditions of the debtor(s)' confirmed Chapter 13 plan and as set forth below. Pursuant to 11 U.S.C. Section 502, payments shall continue unless an objection is filed by a party in interest with the U.S. Bankruptcy Court is served on the Chapter 13 Trustee.

PLEASE BE ADVISED, this Notice of Claims Received by the Chapter 13 Trustee ('Notice') has been prepared and provided as a courtesy. The claims listed and the amounts reflected are subject to change at any time. Although the Chapter 13 Trustee makes every effort to ensure the claims have been properly administered, the Chapter 13 Trustee does not guarantee the information contained in this Notice. THE AMOUNT NECESSARY TO PAY ALL CLAIMS IN FULL IS SUBJECT TO FINAL AUDIT AND REVIEW PRIOR TO COMPLETION AND ISSUANCE OF A FINAL DISCHARGE. Any questions relating to this Notice should be referred to the debtor's attorney.

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 006 | BANK OF AMERICA<br>% NCO<br>PO BOX 41417<br>PHILADELPHIA, PA  19101-0000 | 0.00 | Base Plan | UNSECURED |
| 007 | CAPITAL ONE<br>1957 WESTMORELAND<br>RICHMOND, VA  23285-0000 | 0.00 | Base Plan | UNSECURED |
| 003 | CHASE AUTO FINANCE CORP<br>NATIONAL BANKRUPTCY DEPARTMENT<br>201 N CENTRAL AVE AZ1-1191<br>PHOENIX, AZ  85004-0000 | Direct | 100.00 | SECURED |
| 008 | CHRYSLER FINANCIAL<br>C/O SHERMETA, ADAMS & VON ALLMEN<br>PO BOX 80908<br>ROCHESTER HILLS, MI  48308-0908 | 22,666.55 | Base Plan | UNSECURED |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 004 | COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 W PRESTON ST ROOM 409<br>BALTIMORE, MD  21201-0000 | 1,545.00 | 100.00 | PRIORITY |
| 004 | COMPTROLLER OF MARYLAND<br>COMPLIANCE DIVISION<br>301 W PRESTON ST ROOM 409<br>BALTIMORE, MD  21201-0000 | 115.00 | Base Plan | UNSECURED |
| 777 | DEBTOR | Continuing Claim | 100.00 | REFUND |
| 005 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 103.84 | Base Plan | UNSECURED |
| 005 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | 2,629.47 | 100.00 | PRIORITY |
| 001 | GMAC MORTGAGE<br>C/O COHN, GOLDBERG & DEUTSCHE<br>600 BALTIMORE AVE, SUITE 208<br>TOWSON, MD  21204-0000 | 0.00 | Base Plan | UNSECURED |
| 018 | HOWARD COUNTY<br>DEPARTMENT OF FINANCE<br>3430 COURTHOUSE DR.<br>ELLICOTT CITY, MD  21043-0000 | 1,978.88 | 100.00 | SECURED |
| 017 | JOHNS HOPKINS HOWARD COUNTY MEDI(<br>C/O STATE COLLECTION SERVICE, INC.<br>2509 S STOUGHTON RD., PO BOX 6250<br>MADISON, WI  53716-0250 | 100.00 | Base Plan | UNSECURED |
| 012 | LEONARD AND PATRICE YOUNG<br>C/O ANDREW L COLE ESQUIRE<br>2 N CHARLES ST STE 600<br>BALTIMORE, MD  21202 | 450,000.00 | Base Plan | UNSECURED |
| 002 | LITTON LOAN SERVICING, L.P.<br>BANKRUPTCY DEPT.<br>PO BOX 4387<br>HOUSTON, TX  77210-4387 | Direct | 100.00 | SECURED |
| 013 | LMFCU<br>101 CHESAPEAKE AVENUE<br>BALTIMORE, MD  21230 | 0.00 | Base Plan | UNSECURED |
| 011 | MARINER FINANCE LLC<br>3301 BOSTON STREET<br>BALTIMORE, MD  21224 | Direct | 100.00 | SECURED |

| CLM# | Creditor's Name / Address | Claim Amt | % Allowed | Classification |
|---|---|---|---|---|
| 014 | ROBERT SCHER<br>120 E. BALTIMORE STREET, SUITE 800<br>BALTIMORE, MD  21202 | 0.00 | Base Plan | UNSECURED |
| 009 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 | 15,553.81 | Base Plan | UNSECURED |
| 010 | US DEPARTMENT OF EDUCATION<br>PO BOX 530260<br>ATLANTA, GA  30353-0260 | 67,722.89 | Base Plan | UNSECURED |
| 015 | VERIZON<br>1 E. PRATT STREET<br>BALTIMORE MD<br>  00000-0000 | 0.00 | Base Plan | UNSECURED |

TOTAL:  $ 562,415.44

ANDREW G. WILSON, II                              3,500.00       Debtor's Attorney
275 WEST STREET
SUITE 216
ANNAPOLIS, MD  21401-

Dated: May 17, 2010

/s/  GERARD R. VETTER

GERARD R. VETTER
Chapter 13 Trustee

District of Maryland/Northern Division

## CERTIFICATE OF SERVICE

Judge: Nancy V. Alquist                                         Bankruptcy Case Number 09-19834-NVA

ANDREW G. WILSON, II  
275 WEST STREET  
SUITE 216  
ANNAPOLIS, MD  21401

MONICA A. YOUNG  
6400 IVY TERRACE  
ELKRIDGE, MD 21075

    I hereby certify, under penalty of perjury under the laws of the United States, that I am over the age of eighteen years, and not a party to this action; that I am a citizen of the United States and that my business address is 100 S. CHARLES ST., SUITE 501, BALTIMORE, MD; that I executed this Certificate of Service and served a true copy of the NOTICE OF CLAIMS RECEIVED BY THE CHAPTER 13 TRUSTEE by placing a true copy thereof; enclosed in a sealed envelope, with postage thereon fully prepaid, for deposit with the United States Postal Service, first-class postage, addressed as listed above.

Dated: May 17, 2010

/s/ GERARD R. VETTER  
GERARD R. VETTER